# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGE KANNON, | Case No.: 1:24-cv-05590 |
| Plaintiff, | |
| v. | Jury Trial Demanded |
| LIMITLESS X INC., LIMITLESS PERFORMANCE INC., EMBLAZE ONE INC., SMILZ INC, SMILZ CAPITAL INC., and JASPREET MATHUR | |
| Defendants. | |

1. Americans receive billions of spam text messages every year.

2. Jaspreet Mathur, Limitless X Inc., Limitless Performance Inc., Emblaze One Inc., Smilz Inc, and Smilz Capital Inc., collectively ("Defendants"), are responsible for a significant portion of this spam.

3. Like most Americans, Kannon has a mobile residential telephone.

4. Being mobile, Kannon takes his phone everywhere. He uses his phone to receive and make important calls, to get emergency information, and to send text messages to family members and friends. He uses his phone in his home and for his personal enjoyment.

5. But his home, phone, and privacy have been invaded by Defendants' spam text messages.

6. Kannon has no relationship with Defendants, has no account with Defendants, has never provided any phone number to Defendants, and has never agreed for Defendants to send any type of communication.

7. Kannon has tried to eliminate the harassment and invasion of privacy from unauthorized text messages by registering his phone number on the National Do Not Call Registry ("DNCR"), but even that did not work.

8. Defendants simply blast text messages without caring whether they had consent, or whether the recipient was on the DNCR.

9. "Robocalls and robotexts are nuisances. Congress banned them in the Telephone Consumer Protection Act of 1991 ('TCPA'). But as every American knows, there are companies—like the Defendants in this case—who refuse to get that message while collectively sending millions of others." *Cranor v. 5 Star Nutrition, L.L.C.*, 998 F.3d 686, 688 (5th Cir. 2021).

10. Kannon brings this action to enjoin these abusive practices and for damages.

## JURISDICTION AND VENUE

11. This Court has original subject matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the Telephone Consumer Protection Act. 47 U.S.C § 227.

12. Venue is proper in this District pursuant to 28 U.S.C. § 1391 because a significant portion of the events giving rise to this lawsuit occurred in this District.

## PARTIES

13. Plaintiff Serge Kannon is a citizen of New York residing in Brooklyn.

14. Defendant Limitless X Inc. ("Limitless") is a Nevada corporation with its principal place of business in Los Angeles County, California.

15. Defendant Limitless Performance Inc. ("Limitless Performance") is a California corporation with its principal place of business in Los Angeles County, California.

16.     Defendant Emblaze One, Inc. ("Emblaze") is a Nevada corporation with its principal place of business in Los Angeles County, California.

17.     Defendant Smilz Inc ("Smilz") is a California corporation with its principal place of business in Los Angeles County, California.

18.     Defendant Smilz Capital, Inc. ("Smilz Capital") is a California corporation with its principal place of business in Los Angeles County, California.

19.     Defendant Jaspreet Mathur ("Mathur") is a citizen of California residing in Los Angeles.

20.     Mathur is the founder and Chief Executive Officer of Limitless, Limitless Performance, Emblaze, Smilz, and Smilz Capital.

## FACTUAL ALLEGATIONS

21.     Kannon's home, phone, and privacy have been invaded by Defendants' non-emergency text messages.

22.     Kannon is the residential subscriber of the cell phone number 718-510-3692. Kannon uses this number for personal use. Kannon uses this phone number at home. Kannon makes and takes his personal calls on this phone number.

23.     Kannon registered 718-510-3692 on the DNCR to stop telephone solicitations on November 6, 2007.

24.     Defendants have knowingly and willfully sent unsolicited text messages to Kannon at least thirty-one (31) times.

25.     Among these texts include the following:

    i.   <u>SMS from +13039680891 on Dec 22, 2021 at 12:48 pm UTC</u>
Hi there Serge, this is Dr. Oz. You have been selected to receive CBD valued at 200 dollars. One of your friends nominated you to THE OZ Support a Friend System. Watch my personalized video to you and get your gift

regardednerve.com/wc2fG9A

ii. <u>SMS from +19133292743 on Dec 26, 2021 at 11:13 pm UTC</u>
Hi there Serge, this is Dr Oz. You have been selected to receive CBD valued at 250 USD. One of your friends nominated you to my Support a Friend System. View my personalized video for you and get your gift tympanumforcing.com/UV82OPu

iii. <u>SMS from +18023180181 on Jan 25, 2022 at 7:10 pm UTC</u>
Serge , Millions viewers grief in shock after loosing Dr Oz, Hes Gone forever but heres why he will never be forgotten vacationlance.com/cSGgxIZ

iv. <u>SMS from +18125411206 on Jan 29, 2022 at 9:01 pm UTC</u>
Pulverize ED! Acquire Expanded Overall Size and Overall Length for Not a Single Thing!
l.healba.com/index.php?key=tck14rae87p3i5d4izo6&h=mYQMNR

v. <u>SMS from +15416745064 on Feb 1, 2022 at 9:51 pm UTC</u>
Feeling under the weather and need a wellness test? No insurance, No problem.
l.healba.com/index.php?key=a1rhfvo69k66lxr2745a&h=qJgYXa

vi. <u>SMS from +16627821803 on Feb 5, 2022 at 5:43 pm UTC</u>
Breakthrough new unique CBD Gummies that permanently heals aching pains, body aches, arthritis and more is taking the world by storm. Just 1 Gummy relieves pains on the spot and is 100% legal in the USA! This method is natural, safe, effective and wallet friendly! Available for FREE for the rest of the week here disjointlifeless.com/usradov

vii. <u>SMS from +17064803478 on Feb 6, 2022 at 7:15 pm UTC</u>
Decimate ED! Receive Magnified Volume, Thickness, and Lengthiness for Nothing! l.healba.com/index.php?key=tck14rae87p3i5d4izo6&h=86YevJ

viii. <u>SMS from +18435485391 on Feb 11, 2022 at 7:31 pm UTC</u>
Decimate ED! Receive Magnified Volume, Thickness, and Lengthiness for Nothing! l.healba.com/index.php?key=tck14rae87p3i5d4izo6&h=aZNlnV

ix. <u>SMS from +13023191463 on Feb 23, 2022 at 3:44 pm UTC</u>
Hi there Serge, this is Doctor Oz. You have been selected to receive CBD valued at 200 USD. A friend of yours nominated you to my Support-a-Friend System. Watch my personalized video to you and get your gift tonefullness.com/vHO0kTL

x. <u>SMS from +12403430307 on Feb 23, 2022 at 9:30 pm UTC</u>
Hi there Serge, this is Doctor Oz. You have been selected to receive CBD valued at 200 USD. One of your friends nominated you to my Support-a-Friend System. View my personalized video to you and get your gift

inhabitcarried.com/RQF5uvt

xi. <u>SMS from +18125611424 on Mar 2, 2022 at 8:52 pm UTC</u>
Huge Pharma is Scared! Get Tested Ache Alleviation For No Cost!
l.healba.com/index.php?key=8c5mojkj6pqxzucplnp7&h=X1Wqzy

xii. <u>SMS from +13158700205 on Mar 4, 2022 at 3:21am UTC</u>
Breakthrough new wonder CBD Gummies that permanently heals aching
pains, body aches, arthritis and more blows the sharks away. Just 1 Gummy
relieves pains on the spot! This method is natural, safe, effective and wallet
friendly! Available for the rest of the week here
tunnelweakness.com/1vhL1mC

xiii. <u>SMS from +16038151797 on Mar 8, 2022 at 2:12 am UTC</u>
Hi there Serge, this is Dr. Oz. You have been selected to receive CBD valued
at 200 USD. One of your friends nominated you to my Support a Friend
Program. View my personalized video for you and claim your gift
samenessrightful.com/rFeVyN4

xiv. <u>SMS from +15416494138 on Mar 10, 2022 at 11:45 pm UTC</u>
Take out ED Dysfunction! Gain Increased Volume and also Magnitude for Not
a Single Thing!
l.healba.com/index.php?key=tck14rae87p3i5d4izo6&h=wwJa2l

xv. <u>SMS from +16018512956 on Mar 20, 2022 at 10:30 pm UTC</u>
Annihilate Your ED! Score Heightened Size and Magnitude for Not a Thing!
l.healba.com/index.php?key=tck14rae87p3i5d4izo6&h=Zb3glB

xvi. <u>SMS from +13463661523 on Mar 29, 2022 at 6:43 pm UTC</u>
Hey! This Doctor Oz article is going to change your life.
potentpainrelief.com/7mrfu4n

xvii. <u>SMS from +13465500301 on Apr 2, 2022 at 8:19 pm UTC</u>
Hi, it's Lauren again. I just wanted to personally reach out about our new CBD
product that's sweeping the nation. If you're still suffering from lower bank
pain, trouble sleeping, and feeling tired throughout the day, you will definitely
want this! I included a study so you can read up on it as well. Check it out :)
ozpainreliefnow.com/m3xht

xviii. <u>SMS from +19294011946 on Apr 2, 2022 at 10:25 pm UTC</u>
Wow! This Doctor Oz article is going to change your life.
potentreliefbyoz.com/xxqubun

xix. <u>SMS from +19294011589 on Apr 3, 2022 at 2:12 am UTC</u>
Hi, it's Sandra again. I just wanted to personally reach out about our new CBD
product that's sweeping the nation. If you are still suffering from lower bank

pain, trouble sleeping, and feeling tired throughout the day, you will definitely want this! I included a study so you can read up on it as well. Check it out :) drozcbd.com/l5o0y

xx. <u>SMS from +17083980083 on Apr 3, 2022 at 7:47 pm UTC</u>
Hi, it's Sandra again. I just wanted to personally reach out about our new CBD product that's sweeping the nation. If you're still suffering from lower bank pain, trouble sleeping, and feeling tired throughout the day, you will definitely want this! I included a study so you can read up on it as well. Check it out :) amazingsleepcbd.com/b0iry

xxi. <u>SMS from +19294681726 on Apr 3, 2022 at 11:33 pm UTC</u>
Hi, it's Nicole again. I just wanted to personally reach out about our new CBD product that's sweeping the nation. If you're still suffering from lower bank pain, trouble sleeping, and feeling tired throughout the day, you will definitely want this! I included a study so you can read up on it too. Check it out :) bestsleepevercbd.com/l5aapkt

xxii. <u>SMS from +19544057014 on Apr 9, 2022 at 5:18 am UTC</u>
Wow! This Dr. Oz article is going to change your life. sleepfreecbd.com/vfcfmd9

xxiii. <u>SMS from +13122920552 on Apr 10, 2022 at 3:19 pm UTC</u>
Hey! This Dr. Oz article is going to change your life. pharmacbdnow.com/isx71

xxiv. <u>SMS from +19297991862 on Apr 12, 2022 at 2:16 pm UTC</u>
Wow! This Doctor Oz article is going to change your life. mytherapycbd.com/nbuu8fy

xxv. <u>SMS from +19544059769 on Apr 20, 2022 at 12:58 am UTC</u>
It's incredible that so few people know about this product. One thing to help with sleep, pain and much more. Look at what others are experiencing and sharing here relaxoncbdnow.com/59535j

xxvi. <u>SMS from +17867795436 on Apr 20, 2022 at 3:13 am UTC</u>
It's shocking that more people don't know about these products. A single alternative to help with pain, sleep and much more. Check out what others are experiencing and sharing here getyoursquickly.com/g1h2x

xxvii. <u>SMS from +19544057173 on Apr 20, 2022 at 3:21 am UTC</u>
Hey, it's Nikkie again. I just wanted to personally reach out about our new CBD product that's sweeping the country. If you are still suffering from lower bank pain, trouble sleeping, and feeling tired during the day, you will definitely want this! I attached an article so you can read up on it too. Check it out :) getthecbdtoday.com/ap5vvf

xxviii.   SMS from +17865757054 on Apr 20, 2022 at 3:23 am UTC
          It's surprising that so few people know about these products. One thing to help
          with sleep, pain and much more. Look at what other people are experiencing
          and saying here availablefordelivery.com/5eiab

  xxix.   SMS from +17866964932 on Apr 20, 2022 at 6:17 am UTC
          Hey, it's Sarah again. I just wanted to personally reach out about our new CBD
          product that's sweeping the nation. If you're still suffering from lower bank
          pain, trouble sleeping, and feeling tired during the day, you will definitely want
          this! I included a study so you can read up on it as well. Check it out :)
          taketheitems.com/7w54rx

   xxx.   SMS from +19714092814 on May 3, 2022 at 7:25 am UTC
          SHOCKING UPDATE  Dr. Oz Killed over FREE  CBD Trial
          internalbrittle.com/TVvIqZT

  xxxi.   SMS from +15672088907 on May 12, 2022 at 12:22 am UTC
          OMG Serge Doctor Exposes big pharma live on air in front of 8887975
          Viewers. You won't believe the shocking Secret that got revealed. see full clip
          here freelytabular.com/yjjdZL6

26.     None of these text messages identify the full name of the individual sender or the

name of the entity on whose behalf the text messages were sent.

27.     Several of the text messages state they are from Dr. Oz. Not only are these claims

patently false and deceptive, but they are consistent with Defendants' known behavior

28.     Defendants have previously misappropriated the name of celebrities for

Defendants' own financial gain. For example, Oprah Winfrey sued Emblaze, Limitless, and

Mather for illegally using Oprah's name and trademark to promote Oprah CBD gummies and

other health products. *See Harpo, Inc. v. Emblaze One Inc.*, No. 2:23-cv-04459-VAP-AS (C.D.

Cal.) Dkt #1.

29.     Furthermore, on the Board of Director's page of  Limitless X Inc.'s official

website, Mathur's biography purports to describe connections with Dr. Oz in 2022: "he teamed

up with Dr. Mehmet Oz and a nonprofit organization called HealthCorps." *See*

https://www.limitlessx.com/pages/board-of-directors (last accessed August 7, 2024).

30. Because Defendants hid their identity, Kannon was unable to determine whether the telemarketer was somebody he had previously told to stop.

31. Kannon was prevented from enforcing his legal rights under the law because Defendants hid their identity.

32. Defendants hid their identity precisely because they knew they were texting people who had not consented to the text messages and the text messages violated the DNCR.

33. Kannon had to expend extensive time trying to identify who was behind these spam text messages.

34. Clicking the hyperlinks in the text messages, Kannon was taken to various websites that promoted for sale, "Smilz CBD Gummies."

35. For example, the text message on April 12, 2022, contained the hyperlink mytherapycbd.com/nbuu8fy. This hyperlink is now inactive because Defendants try to cover their tracks:



36.     However, Kannon visited this hyperlink on April 12, 2022, and it directed him to www.wonderfulleafs.com/?a=2739 where Dr. Oz was supposedly promoting for sale, "Smilz CBD Gummies":





37.     Similarly, the text message on April 19, 2022, contained the hyperlink getthecbdtoday.com/ap5vvf. This hyperlink is also inactive:



38.     However, Kannon visited this hyperlink while it was active, and it directed him to another wonderfulleafs.com article in which Rachel Ray purportedly promoted the sale of "Smilz CBD Gummies":

 

39.     Both the Dr. Oz and Rachel Ray articles reference Smilz CBD Gummies as the celebrities' own products.

40.     Like the text messages, despite deceptive claims that the products are celebrity-based, these websites that promote Smilz CBD Gummies for sale are purposefully silent as to the actual company selling Smilz CBD Gummies.

41.     At the relevant time, www.smilz.com, which was the official website for the Smilz CBD Gummies, had a footer which stated "Copyright ©2023 Smilz Inc. All Rights

Reserved." Consistent with all the hyperlinks in the text messages to Kannon, the link to the official website for the Smilz CBD Gummies is no longer active.

42.     The revised website for the Smilz CBD Gummies, https://smilzcbd.info/, contains a similar footer which stated, "Copyright ©2024 Smilz CBD."

43.     Based on this information, Smilz Inc. is the company that sells the Smilz CBD Gummies and is the company sending the text messages.

44.     When Mathur launched Smilz, he issued a press release on March 13, 2021. *See* https://www.prnewswire.com/news-releases/limitless-ceo-jas-mathur-and-floyd-mayweather-partner-to-launch-cbd-product-line-smilz-301250657.html (last accessed August 7, 2024).

45.     The press release states: "**About Jas Mathur** Founder and CEO of Emblaze ONE Inc., Limitless Performance Inc. (LimitlessX), **SMILZ**, OneShot Keto, and Divatrim. Emblaze ONE Inc. is an award-winning global interactive and web development agency. Emblaze ONE Inc. is the powerhouse behind world-renowned brands. LimitlessX is a creative and empowering lifestyle agency specializing in the full spectrum of digital advertising and marketing." (emphasis added).

46.     Despite attempts to eliminate any connection between the companies, Smilz CBD's Instagram account, which still promotes Smilz's former website smilz.com, also promotes a link to @limitlessx. Clicking this link takes the individual to Limitless's Instagram page, which contains the address of Limitless's official website: limitlessx.com.

47.     Based on this information, Limitless, Limitless Performance, and Emblaze are involved in sending the illegal texts:

i.    On information and belief, Emblaze is involved in sending the illegal text messages by developing the creatives and landing pages used in the text message campaigns.

ii.    On information and belief, Limitless and Limitless Performance are involved in sending the illegal text messages by running the advertising and marketing.

iii.    On information and belief, Smilz Capital is involved in sending the illegal text messages by providing the capital to run the illegal text messages.

48.    Mathur is the employee/officer actually sending the text messages. There are multiple indicia to support this:

i.    He boasts that as "a teenager, he launched a successful ad network business and was making millions in his early twenties." *See* https://www.smilz.com/learning-center/getting-know-smilz-cbd (last accessed December 7, 2023) (inactive). *See also* https://www.limitlessx.com/pages/leadership-jas-mathur.("…Jas…By 2004…mastered all aspects of online business, from design to SEO, earning his first million by 21 – a feat unheard of at the time.") (last accessed August 7, 2024); https://www.papermag.com/jas-mathur-a-tale-of-passion-transformation-and-unstoppable-success.("By 14, he was generating an impressive $30,000 a month from his network of high-traffic websites.") (last accessed August 7, 2024).

ii.    Many other online articles featuring Mathur boast that Mathur is amazing at marketing.

iii.    Mathur's "Mini bio" on his IMBD page states, "As the CEO of Emblaze ONE Inc. and Limitless Performance, Inc., Mathur is responsible for *running all facets of the businesses* with over 20 years of proven Executive Management

experience. Mathur's experience includes implementation of all global sales and *marketing strategies, managing all operations and personally architecting various back-end systems developed by his team of programmers*." *See* https://www.imdb.com/name/nm8129245/bio/ (last accessed August 7, 2024)(emphasis added).

iv.   A review of LinkedIn fails to identify any company profile or employees for Limitless, Limitless Performance, Smilz, or Smilz Capital. And the LinkedIn profile for Emblaze only shows seven employees, all of whom are coders or assistants.

49.   Mathur is the one authorizing and overseeing the text messages. There are also multiple indicia to support this:

i.   He is the founder and CEO of Limitless, Limitless Performance, Emblaze, Smilz, and Smilz Capital. While it appears Mathur has a business partner in Smilz (Floyd Mayweather), the partner is only tangentially involved.

ii.   Mathur's IMDB profile, Limitless's website, and several other websites promote his experience "managing all operations" and marketing. *See* https://www.imdb.com/name/nm8129245/bio/ (last accessed July 26, 2024). *See also* https://www.youtube.com/watch?v=Sn8pn0KsCBY at 2:48-3:17. (last accessed July 26, 2024) (claiming Mathur's has "28 years of hands on experience in any and everything related to the World Wide Web").

iii.   Because Mathur is an expert in marketing, every indication is that Mathur is the one authorizing and overseeing the telephone spam.

iv.   Mathur continues to ignore the fact that he and his companies have been sued for initiating unsolicited telemarketing spam in violation of the TCPA. *See Nelums v. Smilz Capital Inc. et al.* No. 2:22-cv-00418-JB-GJF (D.N.M., 2022).

50.     Plaintiff's counsel has many other clients who have received telephone spam from Defendants. As only one example, Plaintiff's counsel has twenty (20) other clients who, collectively over the span of nearly a year, have received unsolicited text messages that directed them to wonderfulleafs.com where Smilz CBD Gummies were promoted for sale. In the wake of the previous lawsuit, this link also has become inactive.

51.     The text messages were sent to promote Defendants' products and to benefit Defendants.

52.     Kannon never provided his number, 718-510-3692, to Defendants, never had a relationship with Defendants, and never gave permission for Defendants to send any type of communication.

53.     Defendants used a different phone number for each of the text messages sent to Kannon. Defendants did this to avoid getting blocked. This is not something a caller does if the caller has consent.

54.     There are multiple indicia that Defendants initiated the text messages using an automated system:

     i.      Every text message Defendants initiated came from a different phone number;

     ii.     Kannon's counsel has more than twenty (20) other clients who have reported getting unsolicited text messages from Defendants;

     iii.    Defendants withheld their identity in the text messages; and

     iv.     Defendants have initiated a high volume of text messages to Kannon;

55.     Defendants stored or produced Kannon's telephone number using a random or sequential generator. This is based on the following facts:

     i.      Kannon never provided his phone number to Defendants, indicating that the number was randomly generated;

ii.     Kannon has no relationship with Defendants, has no account with Defendants, has never provided any phone number to Defendants, and has never agreed to Defendants to send any type of communication;

iii.    If Defendants had acquired Kannon's phone number in a proper way, Defendants would have disclosed their names in the text messages; and

iv.    If Defendants had acquired Kannon's phone number in a proper way, Defendants would not have used different from phone numbers to initiate the text messages.

56.    On information and belief, Defendants initiated and made tens of thousands of similar text messages to thousands of people.

57.    The unwanted spam is incredibly annoying, distracting, and frustrating to Kannon. The spam invades his substantive right to privacy, namely the right to be free from unsolicited text messages. The spam causes Kannon to avoid looking at his phone when it may be important or interrupting other activities to respond to unwanted text messages. The spam reduces his phone's storage and battery life. In short, the spam invades his privacy, diminishes the value of his phone and his enjoyment of life, and causes a nuisance, an annoyance, and an intrusion into his seclusion.

58.    Defendants have been sued for violations of the TCPA before and are therefore aware of the regulations necessary to maintain compliance with the TCPA.

59.    By initiating text messages to Kannon, Defendants have harmed Kannon in the exact way Congress sought to protect in enacting the TCPA.

60.    On March 6, 2024, Defendants entered into a settlement agreement involving the claims raised in this complaint. Pursuant to the settlement agreement, Defendants were required

to remit payment within twenty business days. Defendants never paid. It has now been over four months. Counsel for Kannon has repeatedly reached out to counsel for Defendants regarding payment but to no avail.

61.     This is part of Defendants' regular abuse of the justice system. For example, on April 12, 2024, a Joint Notice of Settlement and Joint Motion to Stay Case for 120 Days was filed by the plaintiff in *Grant v. Limitless X Inc.* No. 2:23-cv-01815-AMD-JMW [ECF 20] requesting that the court, "stay the case for 120 days, to allow the Parties time to consummate the settlement." ¶ 7. This stay was necessitated by Limitless's failure to consummate the settlement agreement. *Id*. ¶ 4. Limitless "renegotiated" the terms of the settlement following plaintiff's filing for default. *Id*. ¶ 4-5.

62.     In the predecessor litigation giving rise to this action, the settlement agreement reached between Kannon and Defendants explicitly provided that: "In the event any of the Limitless Defendants breaches the agreement, such as by failing to make The Payment, or the tender of The Payment fails to clear, Kannon and/or any of the Claimants shall be entitled to continue the case, re-open the case, or file a new lawsuit for any and all claims underlying the Dispute." To that end, Kannon is initiating this new lawsuit.

## LEGAL STANDARD

63.     **Autodialed Text Messages**. The TCPA prohibits text messages to cell phones using an automatic telephone dialing system ("ATDS") except for "emergency purposes" or with the "prior express consent" of the called party. 47 C.F.R. §64.1200(a)(1). Text messages that introduce an advertisement or constitute telemarketing require "prior express written consent." 47 C.F.R. § 64.1200(a)(2).

64. **National Do Not Call Registry**. Residential telephone subscribers who do not want to receive telephone solicitations may place his phone number on the national DNCR. 47 C.F.R. § 64.1200(c)(2). The TCPA proscribes callers from making "any telephone solicitation to… [a] residential telephone subscriber who has registered his or her telephone number on the national do-not-call registry." 47 C.F.R. § 64.1200(c)(2). Wireless telephone subscribers, like Kannon, are allowed to place their numbers on the DNCR. 47 C.F.R. § 64.1200(e).

65. **Failure to Identify Caller**. The TCPA prohibits callers from telemarketing to a residential telephone subscriber without disclosing the name of the individual caller and the name of the person or entity on whose behalf the call is being made. 47 C.F.R. § 64.1200(d)(4).

66. **Personal Liability**. Individuals may be personally liable for TCPA violations when the individual "actually committed the conduct that violated the TCPA, and/or actively oversaw and directed this conduct." *City Select Auto Sales Inc. v. David Randall Assocs.*, 855 F.3d 154, 162 (3d Cir. 2018); *see also* 47 U.S.C. § 217.

67. **Vicarious Liability**. A party who does not initiate the calls or text messages may be vicariously liable based on the federal common law of agency, including actual authority, apparent authority, and ratification. *In re Joint Petition Filed by Dish Network, LLC*, 28 FCC Rcd. 6574, 6584 ¶ 28, 2013 WL 1934349.

## FIRST CAUSE OF ACTION
### Illegal Solicitation of a Person on the DNCR

68. Defendants violated 47 C.F.R. § 64.1200(c)(2) by initiating telephone solicitations to the residential cellular telephones of Kannon while his phone number was on the National DNCR.

69. Mathur directly controlled, authorized, and/or participated in initiating text messages and is therefore personally liable for the text messages.

70. Kannon has been damaged and is entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(c)(5).

71. The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

72. The Court should enjoin Defendants from initiating telephone solicitations to phone numbers on the DNCR. *Id.*

### SECOND CAUSE OF ACTION
### Illegal Use of an ATDS

73. Defendants violated 47 C.F.R. § 64.1200(a)(1)-(2) by using an ATDS to contact Kannon.

74. Mathur directly controlled, authorized, and/or participated in initiating text messages and is therefore personally liable for the text messages.

75. Kannon has been damaged and is entitled to an award of $500 in statutory damages for each violation. 47 U.S.C. § 227(b)(3).

76. The Court should award $1,500 in statutory damages for each violation because the violations were knowing and willful. *Id.*

77. The Court should enjoin Defendants from using an ATDS to initiate text messages absent proper consent or an emergency. *Id.*

### THIRD CAUSE OF ACTION
### Failure To Identify

78. Defendants' sending of unsolicited text messages to Kannon's residential cellular telephone, without disclosing the identity of the individual and identity of the entity on whose

behalf the messages were sent, constitutes a violation of 47 U.S.C. § 227(c) and 47 C.F.R.
§ 64.1200(d)(4).

79.     Mathur directly controlled, authorized, and/or participated in initiating text messages and is therefore personally liable for the text messages.

80.     As a result of the violations of 47 C.F.R. § 64.1200(d)(4), Kannon has been damaged and is entitled to an award of $500 in statutory damages for each violation, pursuant to 47 U.S.C. § 227(c)(5)(B).

81.     Because the violations were knowing and willful, the Court should award $1,500 in statutory damages for each violation, pursuant to 47 U.S.C. § 227(c)(5)(B)-(C).

82.     Kannon is also entitled to, and hereby seeks, injunctive relief requiring Defendants to disclose the name of the actual individual and the actual name of the incorporated entity on whose behalf any text messages are sent when telemarketing.

## RELIEF REQUESTED

Kannon respectfully requests the Court grant the following relief against Defendants:

A.     An award of monetary damages, as allowed by law;

B.     An order enjoining Defendants as set forth above; and

C.     Orders granting such other relief as the Court deems necessary, just, and proper.

## JURY DEMAND

Kannon requests a jury trial as to all claims of the Complaint so triable.

Dated: August 9, 2024

Respectfully submitted,

/s/*Michael Hartmere*
Michael Hartmere (NYSB #4018610)
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
michael.hartmere@lawhq.com

*Lead Attorney for Plaintiff*