# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| SERGE KANNON | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:24-cv-05590 |
| LIMITLESS X INC., LIMITLESS PERFORMANCE INC., EMBLAZE ONE INC., SMILZ INC, SMILZ CAPITAL INC., and JASPREET MATHUR | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* **(See attached rider)**

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Michael Hartmere, Esq.
                                                               LawHQ, P.C.
                                                              299 S. Main St. #1300
                                                              Salt Lake City, UT 84111
                                                               385-285-1090 Ext. 30092
                                                              michael.hartmere@lawhq.com

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

                                                                                                                **BRENNA B. MAHONEY**
                                                                                                                *CLERK OF COURT*

Date: _____                                                         _____
                                                                                                                             *Signature of Clerk or Deputy Clerk*

# RIDER TO SUMMONS
Serge Kannon v. LimitlessX Inc., et al.
Case No. 1:24-cv-05590

Limitless X Inc.
Jaspreet Mathur, Officer
10000 Santa Monica Blvd, Unit 2801,
Los Angeles, CA 90067

Limitless Performance Inc.
Jaspreet Mathur, Officer
10000 Santa Monica Blvd, Unit 2801,
Los Angeles, CA 90067

Emblaze One Inc.
Jaspreet Mathur, Officer
10000 Santa Monica Blvd, Unit 2801,
Los Angeles, CA 90067

Jaspreet Mathur
10000 Santa Monica Blvd, Unit 2801,
Los Angeles, CA 90067

Smilz Inc.
Jaspreet Mathur, Officer
10000 Santa Monica Blvd, Unit 2801,
Los Angeles, CA 90067

Smilz Capital Inc.
Jaspreet Mathur, Officer
10000 Santa Monica Blvd, Unit 2801,
Los Angeles, CA 90067