UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SERGE KANNON,<br><br>        Plaintiff,<br><br>    v.<br><br>LIMITLESS X INC., LIMITLESS PERFORMANCE INC., EMBLAZE ONE INC., SMILZ INC, SMILZ CAPITAL INC., and JASPREET MATHUR<br><br>        Defendants. | Case No.: 1:24-cv-05590-LB<br><br>Jury Trial Demanded |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Serge Kannon ("Plaintiff") brought this action following Defendants Limitless X Inc., Limitless Performance Inc., Emblaze One Inc., Smilz Inc., Smilz Capital Inc., and Jaspreet Mathur's (collectively, the "Defendants") failure to remit payment pursuant to the parties' settlement agreement. Despite diligent attempts at service of process on several addresses known to Defendants, Plaintiff has been unsuccessful in executing service. In considering Defendants "regular abuse of the justice system", Plaintiff has determined the likelihood of achieving service that results in an appearance is limited. *See* Compl. [ECF 1] ¶¶ 58-62.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff gives notice that Defendants are voluntarily dismissed without prejudice. Defendants have not served an answer or a motion for summary judgment. Plaintiff maintains his right to pursue future litigation. *See* FED. R. CIV. P. 41(a)(1)(B).

*[Signature to Follow]*

Dated: September 27, 2024

Respectfully submitted,

/s/*Michael Hartmere*
Michael Hartmere (NYSB #4018610)
LawHQ, P.C.
299 S. Main St. #1300
Salt Lake City, UT 84111
385-285-1090
michael.hartmere@lawhq.com

*Lead Attorney for Plaintiff*